UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CLEAN AIR CAROLINA, NORTH CAROLINA WILDLIFE FEDERATION, and YADKIN RIVERKEEPER,<br><br>        Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, ANTHONY J. TATA, *Secretary, North Carolina Department of Transportation,* FEDERAL HIGHWAY ADMINISTRATION, and JOHN F. SULLIVAN, *Division Administrator, Federal Highway Administration,*<br><br>        Defendants. | **JUDGMENT**<br>No. 5:14-CV-863-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions for summary judgment, DENIES plaintiffs' motion for summary judgment, and DENIES plaintiffs' motion for a temporary restraining order and preliminary injunction and motion for a hearing.

**This Judgment Filed and Entered on September 10, 2015, and Copies To:**

| | |
|---|---|
| Kimberley Hunter | (via CM/ECF electronic notification) |
| John Timothy Suttles, Jr. | (via CM/ECF electronic notification) |
| Kathleen W. Asquith | (via CM/ECF electronic notification) |
| Scott T. Slusser | (via CM/ECF electronic notification) |
| Thomas N. Griffin, III | (via CM/ECF electronic notification) |
| Jack F. Gilbert | (via CM/ECF electronic notification) |

Jared S. Pettinato            (via CM/ECF electronic notification)

Matthew Lee Fesak             (via CM/ECF electronic notification)

DATE                          **JULIE RICHARDS JOHNSTON, CLERK**

September 10, 2015            By:    /s/ Crystal Jenkins
                                     Deputy Clerk